# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cr-00004-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDREI BOLOVAN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Bolovan's Ex Parte Motion and Order to Access C-Cap Database (#825) filed October 8, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant Bolovan's Ex Parte Motion and Order to Access C-Cap Database (#825) is **granted**. Counsel for Defendant Bolovan is allowed access to C-CAP Database to view, print, copy, and download and share with the defense team materials pertaining to Defendant's case for purposes of preparing for trial, to the same extent that counsel for co-defendants have or had access to the C-CAP database.

DATED this 9th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge